IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHAWN HAMILTON,

    Petitioner,

v.                         CASE NO. CV408-184

SHERIFF AL ST. LAWRENCE,

    Respondent.

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which objections have been filed (Doc. 12). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation.[1] Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. This case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 4th day of March, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In his objection, Petitioner asks to continue with his claim after his direct appeal has completed. (Doc. 12.) This dismissal does not preclude him from doing so; he will simply have to refile the habeas petition at the appropriate time.